**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:    In the Interest of M.K.E. aka M.K.E. aka M.E. aka M.E.

Appellate case number:    01-22-00001-CV

Trial court case number:    2020-02300J

Trial court:    313th District Court of Harris County

On March 22, 2022, Appellant J.L.C.F. filed an Unopposed First Motion for Extension of Time to File Appellant's Brief, asking for a fifteen-day extension of time to file her appellate brief. Appellant's motion is **granted**. Appellant's brief is due **April 5, 2022.**

It is so ORDERED.

Judge's signature: /s/ Veronica Rivas-Molloy
                  Acting individually


Date:  March 29, 2022